[Docket No. 12]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| MARIA ELENA MERCADO,<br><br>      Plaintiff,<br><br>  v.<br><br>TOYOTA FINANCIAL SERVICES, INC., *et al.*,<br><br>      Defendants. | Civil No. 21-13631 (RMB/AMD)<br><br>**ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

This matter comes before the Court upon Plaintiff Maria Elena Mercado's Motion for Default Judgment [Docket No. 12] and Defendants' Opposition thereto [Docket No. 15]. In order to obtain default judgment under FEDERAL RULE OF CIVIL PROCEDURE 55(b), a plaintiff must first secure an entry of default from the Clerk of the Court under Rule 55(a). *Allaham v. Naddaf*, 635 F. App'x 32, 36 (3d Cir. 2015). Only after the Clerk of the Court has entered default may the plaintiff move for default judgment pursuant to Rule 55(b)(2). FED. R. CIV. P. 55.

Here, Plaintiff has not secured entry of default from the Clerk of the Court. Thus, her Motion for Default is premature. Therefore,

**IT IS** this **1st** day of **November 2021**, hereby

**ORDERED** that Plaintiff's Motion for Default Judgment [Docket No. 12] is **DISMISSED WITHOUT PREJUDICE** as premature.

                                               s/Renée Marie Bumb
                                               Renée Marie Bumb
                                               United States District Judge