# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA ELENA MERCADO, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA FINANCIAL SERVICES, INC., et al., <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 21-13631 (KMW-AMD) <br><br> **ORDER** |

**WILLIAMS**, District Judge

This matter is before the Court on Defendants', Toyota Financial Services, Inc., and Toyota Motor Corp.[1], Motion to Dismiss (ECF No. 32) and Plaintiff's, Maria Elena Mercado, Motion for Default Judgment (ECF No. 40); and the Court having held a hearing on February 22, 2023, and notes the following appearances: Maria Elena Mercado, on behalf of herself; and Adria Marie Lamba, Esquire, on behalf of Defendants; and for the reasons set forth on the record regarding service issues and the Court providing Plaintiff another attempt to effectuate service,

IT IS this **23rd** day of **February 2023**, hereby

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 32) is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 40) is **DENIED WITHOUT PREJUDICE**.

KAREN M. WILLIAMS, U.S.D.J.

---

[1] Counsel for Defendants notes that the Defendants' proper name is Toyota Motor Credit Corporation.